**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TRIAL NOTICE**
**AND FINAL PRETRIAL ORDER**

**USA v. Firomsa Ahmed Umar, 25-cr-446-KMM-SGE,** has been scheduled for trial before Judge Katherine M. Menendez. Trial and Jury selection will begin **Monday, April 6, 2026, at 9:00 a.m. <u>in Courtroom 14W</u>, Diana E. Murphy U.S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota**.

**PRETRIAL CONFERENCE**

A pretrial conference will be conducted by Judge Menendez **<u>in Courtroom 14W</u> located in the Diana E. Murphy U.S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota, on Wednesday, April 1, 2026, at 1:00 p.m.**

**TRIAL DOCUMENTS AND PREPARATION**

**1.  Submitting Documents**

All documents must be filed electronically.  **Counsel are advised that Judge Menendez <u>does not</u> require any paper or courtesy copies,** with the exception of the exhibit binders discussed below.  Proposed jury instructions (in MS Word) and proposed verdict forms (in MS Word) shall be e-mailed to chambers e-mail address at: <u>menendez_chambers@mnd.uscourts.gov</u>.

**2.  Government Disclosures**

a.      Notice required by FRE 404(b): The government must make any disclosure required by FRE 404(b) by **March 18, 2026,** if such disclosures have not already occurred.

b.      Expert Disclosures: The parties must make any expert disclosures required by the Federal Rules of Evidence or Criminal Procedure on or before **March 18, 2026**, if such disclosures have not already been made.

1

### 3. Trial Briefs

Trial briefs shall be submitted by **Wednesday, March 25, 2026.** The government must submit a brief, as it bears the burden of proof. The defense may choose to file its own brief.

### 4. Exhibits

a. By **Monday, March 30, 2026**, the parties must file exhibit lists. Counsel must exchange exhibit lists at least three business days prior to their submission to the Court so that the parties can attempt to resolve any disagreements without the Court's intervention.

b. All exhibits should be marked in advance.

c. Only exhibits that are identified on the exhibit list may be offered at trial in a party's case-in-chief, unless the omission is excused for good cause or the exhibits are part of a rebuttal.

d. The parties shall submit 2 binders of exhibits no later than the first day of trial. One binder is for the Judge; another is for the witness stand.

e. All documentary evidence must be converted to an electronic form so it can be displayed from a laptop in the courtroom.

f. At the conclusion of the trial, attorneys will place all the admitted evidence onto a thumb drive along with a linked index to each exhibit. A court laptop will be provided to the jurors so they can view all the electronic evidence. There will be a few exceptions where physical evidence is the only option. Paper exhibits are strongly discouraged during trial. Be advised it is up to the government to get all exhibits by both sides saved onto a thumb drive with attached linked exhibit lists at the end of the trial.

g.      Prior to jury deliberations, the parties shall provide the Court with final exhibit lists containing only the admitted exhibits.  A copy will go back to the jury deliberation room to assist in reviewing the exhibits.  The final exhibit list may not include contested descriptions of exhibits, and once approved, the list will be filed electronically.

## 5.  Witness Lists

By **Monday, March 30, 2026**, each party must file its witness list as a non-public filing.  At least three business days prior to submission, the parties must exchange lists of the witnesses whom the parties intend to call at trial, as well as a brief description of the substance of the expected testimony of each witness.  No person who is not identified on a party's witness list may testify at trial in the party's case-in-chief, unless the omission is excused for good cause.

## 6.    Motions in Limine

All motions in limine must be filed by **Wednesday, March 25, 2026**, and responses to all such motions must be filed by no later than **Monday, March 30, 2026**, absent leave of Court for additional time.

## 7.  Proposed Voir Dire

It is likely that Judge Menendez will handle all the questioning of prospective jurors, and she will be utilizing juror questionnaires.  However, she will take input from the attorneys regarding the questions to be asked. By **Monday, March 30, 2026**, the parties must file any unique, case-specific questions they wish the Judge to ask prospective jurors.

## 8.  Proposed Jury Instructions

a.      Parties shall submit a single set of jointly proposed jury instructions by **Wednesday, March 25, 2026.** Any disagreements or competing versions of instructions may be included in this set.  A Word version of the proposed instructions must be emailed to Judge Menendez's chambers. The parties may choose to omit standard instructions that the

3

Court uses in every criminal case, and instead focus on the instructions that are unique to the specific trial.

b. The parties must exchange proposed jury instructions far enough ahead of the above deadline to enable submission of a single set of instructions. The parties must then meet and confer and make every effort to resolve disagreements over those proposed instructions.

  i. Each proposed instruction must be numbered, appear on a separate page, and identify supporting legal authority.

  ii. Any citation to a set of model jury instructions or a jury-instruction treatise must be to the current version of the cited source unless a party has good cause to cite an older version and explains why it is citing the older version.

  iii. **Counsel are encouraged to use the Eighth Circuit's new jury instruction builder.**

## 9. Proposed Special Verdict Form

The parties should file a proposed special verdict form, if required, at the same time as the submission of their proposed jury instructions. A Word version of the form must be emailed to Judge Menendez's chambers.

## 10. Daily Transcripts

If any party intends to order daily transcripts of the trial, that party should contact Judge Menendez's chambers, Paula Richter (612-664-5162), as soon as possible, so that she can make arrangements for other court reporters to assist her during the trial. Ms. Richter's email address is Paula_Richter@mnd.uscourts.gov.

## 11. Headsets

Headsets will be used during the trial in the place of most sidebar conversations. A headset will be made available for each counsel and for the

4

defendant. Headsets will also be used during voir dire to discuss sensitive matters with prospective jurors, and for strikes for cause.

Any questions regarding the requirements of this order may be raised by email to the Court (menendez_chambers@mnd.uscourts.gov) and opposing counsel.

Dated: February 26, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge