# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES – PRETRIAL CONFERENCE

| | | |
|---|---|---|
| United States of America, | ) | **COURT MINUTES** |
| | ) | BEFORE: Katherine M. Menendez |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 25-cr-446 (KMM/SGE) |
| | ) | Date: 4/1/2026 |
| Firomsa Ahmed Umar, | ) | Court Reporter: Paula Richter |
| | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 14W |
| | ) | Time Commenced: 1:07 pm |
| | ) | Time Concluded: 2:04 pm |
| | ) | Time in Court: 57 minutes |
| | ) | |

**APPEARANCES:**

Plaintiff:       William C. Mattessich, Assistant U.S. Attorney
                 Jeanne Semivan, Assistant U.S. Attorney
Defendant(s):    Wyatt Arneson   X CJA

**MINUTES:**

The Court discussed various pretrial matters and ruled on Plaintiff's four Motions in Limine.

 *s/ E. Isabel Park*
Law Clerk/Judicial
Assistant/Courtroom Deputy